

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2022

No. 04-21-00461-CR

D'Andria **BALDERRAMA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6542
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Appellant's brief was first due on March 9, 2022. After this court's granted Appellant's first, second, third, and fourth motions for extensions of time to file the brief, Appellant's brief was due on July 8, 2022. On that date, Appellant moved for an additional ten days to file the brief.

Appellant's motion is granted. We **order** Appellant to file the brief on July 18, 2022.

**No further extensions of time to file Appellant's brief will be granted.** If Appellant fails to file the brief as ordered, we will abate this appeal and remand the cause to the trial court to conduct a hearing and make appropriate findings and recommendations. *See* TEX. R. APP. P. 38.8(b)(2), (3).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2022.



Michael A. Cruz,
Clerk of Court